GEORGE C. HILL et al., Respondents, *v.* GEORGE G. REYNOLDS et al., Appellants.

*Hill* v. *Reynolds*, 119 App. Div. 689, reversed.
(Submitted October 7, 1907; decided October 22, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 18, 1907, which affirmed an order of Special Term granting a motion for an order of reference and appointing a referee to hear and determine the issues involved in the within action.

The following question was certified: "Was the Special Term authorized, under section 1013 of the Code of Civil Procedure, to refer the issues in this action to a referee for trial as against the objection of the defendants?"

*George G. Reynolds, Robert T. Turner* and *Samuel G. H. Turner* for appellants.

*Irving W. Cole* for respondents.

Order reversed, with costs, and motion denied, with ten dollars costs, on dissenting opinion of SMITH, P. J., below; question certified answered in the negative.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.